**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6899**

---

In Re: TONY B. ALEXANDER,

Petitioner.

---

On Petition for Writ of Mandamus.
(CR-95-178-V, CA-98-106-MU)

---

Submitted: August 15, 2000        Decided: September 11, 2000

---

Before WILKINS, LUTTIG, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Tony B. Alexander, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tony B. Alexander petitions this court for a writ of mandamus directing the district court to act upon his motion filed pursuant to 28 U.S.C.A. § 2255 (West Supp. 2000). The district court entered a final order on August 10, 2000, denying relief on Alexander's motion. Accordingly, we grant Alexander leave to proceed in forma pauperis but deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>

2